UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor.<br> | Case No. 12-CV-661-RMP<br><br>Bankruptcy Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, Liquidating Trustee under the Liquidating Trust for LLS America LLC,<br><br>Plaintiff,<br><br>v.<br><br>PEGGY JORDAN AND AMY DEL TORO,<br><br>Defendants. | Adversary No. 11-80135-FPC11<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT AMY DEL TORO |

This matter came before the Court pursuant to the Stipulation of Dismissal only as to Defendant Amy Del Toro, filed by Plaintiff (the "Stipulation"). Having reviewed the Stipulation, and the files and pleadings on record herein, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Stipulated Motion to Dismiss Defendant Amy Del Toro with prejudice and with each party to bear their own attorneys' fees and costs, **ECF No. 75,** is **GRANTED**.

ORDER GRANTING STIPULATION OF
DISMISSAL OF DEFENDANT - 1

IT IS FURTHER ORDERED that any and all claims that Defendant Amy Del Toro may have against the Chapter 11 Trustee and the LLS Companies, the Estate, the Liquidating Trust, the Trustee and the employees, agents and attorneys of the Chapter 11 Trustee and the Trustee are hereby waived.  Defendant Amy Del Toro shall not have any claim of any kind, including without limitation any claims arising under 11 U.S.C. §502(h), against the Estate and shall not be entitled to any distribution of any kind from said Estate.  Defendant Amy Del Toro understands and agrees: (a) any proof of claim filed by her in the Bankruptcy is hereby withdrawn; (b) not to file any replacement proof of claim; and (c) not to assert a similar right to payment from the Liquidating Trust, the Estate or any of the LLS Companies.  To the extent not withdrawn, Defendant Amy Del Toro agrees that any proof of claim filed in this case shall be deemed disallowed and is hereby disallowed.

The District Court Clerk is directed to enter this Order, **terminate Amy Del Toro** as a defendant in this case, and provide copies to counsel

**DATED** this 13th day of March 2014.

                                  *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                            Chief United States District Court Clerk