1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

In Re:

8

LLS AMERICA, LLC,

9

Debtor,

10

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

11

12

Plaintiff,

13

v.

14

JANET MCDONALD, et al.,

15

Defendants.

NO:  CV-12-661-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80133-PCW11

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT SENNO RIST

16

17

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss, ECF

18

No. 80.  The parties stipulate that Plaintiff and Defendant Senno Rist, by and

19

through their respective attorneys of record, entered into a settlement agreement,

20

and pursuant to that agreement this Defendant shall be dismissed with prejudice.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT SENNO RIST ~ 1

1    Having reviewed the motion and relevant filings, the Court finds good cause

2  to grant the motion.  Accordingly, **IT IS HEREBY ORDERED**:

3       1.  The parties' Stipulated Motion to Dismiss, **ECF No. 80** is **GRANTED**.

4       2.  Defendant Senno Rist is hereby dismissed as a defendant in this case,

5           with prejudice, and with each party to bear its own attorneys' fees and

6           costs.

7    The District Court Clerk is directed to enter this Order, to **terminate Senno**

8  **Rist** as a defendant in this case, and provide copies of this Order to counsel.

9    **DATED** this 9th day of May 2014.

10

11                      *s/ Rosanna Malouf Peterson*

12                  ROSANNA MALOUF PETERSON
                Chief United States District Court Judge

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
SENNO RIST ~ 2