UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JANET MCDONALD,<br><br>　　　　　　　　　Defendant. | NO: CV-12-661-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80191-PCW11<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALEXANDER GEISSLER |

Before the Court the parties' Stipulated Motion for Entry of Judgment Against Defendant Alexander Geissler. ECF No. 86. Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion.

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALEXANDER GEISSLER ~ 1

Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Entry of Judgment, **ECF No. 86**, is **GRANTED**. Judgment shall be entered against Defendant Alexander Geissler.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 11th day of July 2014.

                                          *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge