UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor, | NO: CV-12-661-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JANET MCDONALD,<br><br>Defendant. | Adv. Proc. No. 11-80191-PCW11<br><br>STIPULATED JUDGMENT |

**JUDGMENT SUMMARY**

1. Judgment Creditor:      Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:      Witherspoon Kelley

3. Judgment Debtor:      Alexander Geissler

STIPULATED JUDGMENT ~ 1

4. Attorneys for Judgment
   Debtor:                          Foster Pepper, PLLC

5. Judgment Amount              $114,336.49 CAD
   (Principal):                 $    1,000.00 USD

6. Interest Rate on Judgment:   .10%  (28 U.S.C. § 1961)

## JUDGMENT

Based upon the above Stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is awarded judgment against Defendant Alexander Geissler in the principal sum of $114,336.49 CAD and $1,000.00 USD. Interest shall accrue on this judgment at the rate of .10% per annum to be compounded annually pursuant to 28 U.S.C. § 1961.

It is further ordered that this Judgment is non-appealable pursuant to the parties' stipulation, the Judgment shall be fully enforceable in Canada, and Defendant waives all rights to contest the Judgment on any basis.

The District Court Executive is hereby directed to enter this Judgment and to provide copies to counsel.

**DATED** this 11th day of July 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

STIPULATED JUDGMENT ~ 2